# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CEMENT MASONS
HEALTH AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF
THE CEMENT MASONS VACATION-HOLIDAY TRUST
FUND FOR NORTHERN CALIFORNIA; BOARD OF
TRUSTEES OF THE CEMENT MASONS PENSION
TRUST FUND FOR NORTHERN CALIFORNIA; and
BOARD OF TRUSTEES OF THE CEMENT MASONS
TRAINING TRUST FUND FOR NORTHERN
CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **JCS**

**CV 08    3555**

V.

K.M. JACKSON ENGINEERING, INC., a California
corporation and KURT THOMAS McFADDEN, an
individual

TO: (Name and address of defendant)

K.M. Jackson Engineering, Inc.
John Harris – Agent for Service of Process
3439 Brookside Rd., Ste. 210
Stockton, CA 95219

Kurt Thomas McFadden
7207 Murkay Drive
Stockton, CA 95210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Richman
Bullivant Houser Bailey PC
601 California Street, Ste. 1800
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUL 2 4 2008

**ANNA SPRINKLES**

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com