UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOT OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,

    Plaintiff(s),

v.

K.M. JACKSON ENGINEERING INC,

    Defendant(s).

_____/

No. C 08-03555 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8-19-08

_____
Signature

Counsel for Plaintiffs
(Name or party or indicate "pro se")

3