IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiff,<br><br>  v.<br><br>K.M. JACKSON ENGINEERING INC,<br><br>      Defendant.<br>_____/ | No. C 08-03555 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 31, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 26, 2008                                    FOR THE COURT,

                                                                     Richard W. Wieking, Clerk

                                                                      By: _____
                                                                          Barbara Espinoza
                                                                          Courtroom Deputy

United States District Court
For the Northern District of California