1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs Trust Funds

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE CEMENT           | Case No.: C 08-03555 CRB
   | MASONS HEALTH AND WELFARE TRUST
11 | FUND FOR NORTHERN CALIFORNIA;             | **PLAINTIFFS' NOTICE OF RELATED**
   | BOARD OF TRUSTEES OF THE CEMENT           | **CASE; ADMINISTRATIVE MOTION TO**
12 | MASONS VACATION-HOLIDAY TRUST             | **RELATE CASES**
   | FUND FOR NORTHERN CALIFORNIA;
13 | BOARD OF TRUSTEES OF THE CEMENT
   | MASONS PENSION TRUST FUND FOR
14 | NORTHERN CALIFORNIA; and BOARD OF
   | TRUSTEES OF THE CEMENT MASONS
15 | TRAINING TRUST FUND FOR NORTHERN
   | CALIFORNIA,
16
                Plaintiffs,
17
        v.
18
   K.M. JACKSON ENGINEERING, INC., a
19 California corporation and KURT THOMAS
   MCFADDEN, an individual,
20
                Defendants.
21

22 | BOARD OF TRUSTEES OF THE                  | Case No.:  C 08-03556 TEH
   | LABORERS HEALTH AND WELFARE
23 | TRUST FUND FOR NORTHERN
   | CALIFORNIA; BOARD OF TRUSTEES OF
24 | THE LABORERS VACATION-HOLIDAY
   | TRUST FUND FOR NORTHERN
25 | CALIFORNIA; BOARD OF TRUSTEES OF
   | THE LABORERS PENSION TRUST FUND
26 | FOR NORTHERN CALIFORNIA; and
   | BOARD OF TRUSTEES OF THE
27 | LABORERS TRAINING AND RETRAINING
   | TRUST FUND FOR NORTHERN
28 | CALIFORNIA,

– 1 –
PLAINTIFFS' NOTICE OF RELATED CASE; ADMINISTRATIVE MOTION TO RELATE CASES

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual, |
| 4 | |
| 5 | Defendants. |

Counsel for Plaintiffs in the two actions, identified above, hereby submits this Administrative Motion to Relate Cases. Both cases are collection cases under 29 U.S.C. §§ 1132(a)(3) and 1132(e)(1) (§§ 502(a)(3) and 502(e)(1) of the Employee Retirement Income Security Act of 1974, as amended), known as ERISA.

The first matter, entitled <u>Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al. v. K.M. Jackson Engineering, Inc., a California corporation; and Kurt Thomas McFadden, an Individual,</u> Case No. C 08 03555 CRB is a collection action brought by the Cement Masons Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees.

The second matter, <u>Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v. K.M. Jackson Engineering, Inc., a California corporation; and Kurt Thomas McFadden, an Individual,</u> Case No. C 08 03556 CRB is also a collection action, however, brought by the Laborers Trust Funds against defendants for failure of the defendants to submit employee fringe benefit contributions on behalf of covered employees.

The issues in these two cases are identical as they concern the obligation of the same defendants to pay into the two respective Trust Funds the employee fringe benefit contributions due and owing on behalf of their covered employees.

These cases will benefit by consolidation before a single judge. Consolidation will eliminate duplicate proceedings against the same defendants. The two Trust Funds are located in the same building and share the same auditor and management of their respective collections departments. The two Trust Funds are jointly administered. Consolidation of these two cases will promote efficiency in the use of testimony and exhibits prepared by plaintiffs Trust Funds.

If the matters are not consolidated, this will result in a waste of judicial resources by requiring a duplication of hearings and motions before two separate judges. Consolidation will result in the uniform application of damages against the defendants.

Based on the foregoing, the respective Trust Funds respectfully request that these cases be consolidated.

DATED: September 3, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

10754666.1