1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 08-03555 CRB

**NOTICE OF SETTLEMENT; ORDER THEREON**

Date:     December 19, 2008
Time:     8:30 a.m.
Ctroom:   8, 19th Floor

                    Plaintiffs,

           v.

K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual,

                    Defendants.

BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

Case No.: C 08-03556 CRB

1 | Plaintiffs,
2 | v.
3 | K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual,
5 | Defendants.

Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), Case No. C 08 03555 CRB; and Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), Case No. C 08 03556, on the one hand, and Defendants K.M. Jackson Engineering, Inc., a California corporation and Kurt Thomas McFadden, and individual, on the other hand, through their respective counsel, advise this Court that a settlement of both actions has been reached.

The parties anticipate that the settlement will be finalized and that this case will be dismissed, with prejudice, within the next 60 days.

Based on the above, the parties respectfully request that this Court continue the case management conference for a period of 60 days. It is anticipated that within this period, the settlement will be finalized and both actions will be dismissed in their entirety.

DATED: December 8, 2008

BULLIVANT HOUSER BAILEY PC

By _____/s/_____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: December 8, 2008

MURPHY AUSTIN ADAMS SCHOENFFLD LLP

By _____/s/_____
Erick C. Turner

### ORDER

The parties having notified this Court of the impending settlement and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for December 19, 2008 shall be continued to _February 13, 2009_ at 8:30 a.m., Courtroom 8, 19th Floor.

DATED: December 10, 2008

By _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

10939072.1

- 3 -
NOTICE OF SETTLEMENT; ORDER THEREON