1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE CEMENT         | Case No.: C 08-03555 CRB
   | MASONS HEALTH AND WELFARE TRUST         |
11 | FUND FOR NORTHERN CALIFORNIA;           | **REQUEST TO CONTINUE CASE**
   | BOARD OF TRUSTEES OF THE CEMENT         | **MANAGEMENT CONFERENCE;**
12 | MASONS VACATION-HOLIDAY TRUST           | **ORDER THEREON**
   | FUND FOR NORTHERN CALIFORNIA;           |
13 | BOARD OF TRUSTEES OF THE CEMENT         |
   | MASONS PENSION TRUST FUND FOR           | Date:    February 13, 2009
14 | NORTHERN CALIFORNIA; and BOARD OF       | Time:    8:30 a.m.
   | TRUSTEES OF THE CEMENT MASONS           | Ctroom:  8, 19th Floor
15 | TRAINING TRUST FUND FOR NORTHERN        |
   | CALIFORNIA,                             |
16 |                                         |
                    Plaintiffs,
17
         v.
18
   K.M. JACKSON ENGINEERING, INC., a
19 California corporation and KURT THOMAS
   MCFADDEN, an individual,
20
                    Defendants.
21

22 | BOARD OF TRUSTEES OF THE                | Case No.: C 08-03556 CRB
   | LABORERS HEALTH AND WELFARE             |
23 | TRUST FUND FOR NORTHERN                 |
   | CALIFORNIA; BOARD OF TRUSTEES OF        |
24 | THE LABORERS VACATION-HOLIDAY           |
   | TRUST FUND FOR NORTHERN                 |
25 | CALIFORNIA; BOARD OF TRUSTEES OF        |
   | THE LABORERS PENSION TRUST FUND         |
26 | FOR NORTHERN CALIFORNIA; and            |
   | BOARD OF TRUSTEES OF THE                |
27 | LABORERS TRAINING AND RETRAINING        |
   | TRUST FUND FOR NORTHERN                 |
28 | CALIFORNIA,                             |

– 1 –
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | v. |
| 3 | K.M. JACKSON ENGINEERING, INC., a California corporation and KURT THOMAS MCFADDEN, an individual, |
| 5 | Defendants. |

Plaintiffs Board of Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"), Case No. C 08 03555 CRB; and Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds"), Case No. C 08 03556, on the one hand, and Defendants K.M. Jackson Engineering, Inc., a California corporation and Kurt Thomas McFadden, and individual, on the other hand, through their respective counsel, advise this Court that a settlement of both actions has been reached.

The parties have executed settlement agreements and payment should be made to the Cement Masons Trust Funds and the Laborers Trust Funds within the next 10 business days. Once payment is received, these cases will be dismissed, with prejudice.

///
///
///
///
///
///

Based on the above, the parties respectfully request that this Court continue the case management conference for a period of 30 days. It is anticipated that within this period, the settlement will be finalized and both actions will be dismissed in their entirety.

DATED: February 10, 2009

BULLIVANT HOUSER BAILEY PC

By _____/s/_____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: February 10, 2009

MURPHY AUSTIN ADAMS SCHOENFFLD LLP

By _____/s/_____
Erick C. Turner

## ORDER

The parties having notified this Court of the impending settlement and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference scheduled for February 13, 2009 shall be continued to _March 27, 2009_ at 8:30 a.m., Courtroom 8, 19th Floor. Should the parties file a dismissal of these consolidated actions prior to the Case Management Conference, the Case Management Conference shall be vacated.

DATED: February 12, 2009

By _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

11171982.1