1   Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
2   Bullivant Houser Bailey PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701
    E-Mail: ron.richman@bullivant.com
5   E-Mail: susan.olson@bullivant.com

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10   BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: C 08-03555 CRB **STIPULATION TO DISMISS CASE, WITH PREJUDICE; ORDER THEREON** Date:       October 31, 2008 Time:      8:30 a.m. Ctroom:   8, 19th Floor |

11
12
13
14
15
16
                    Plaintiffs,
17
          v.
18
19  K.M. JACKSON ENGINEERING, INC., a
    California corporation and KURT THOMAS
20  MCFADDEN, an individual,

21                  Defendants.

| | |
|---|---|
| 22   BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.:  C 08-03556 CRB |

23
24
25
26
27
28

– 1 –

1 | Plaintiffs,

2 |     v.

3 | K.M. JACKSON ENGINEERING, INC., a
California corporation and KURT THOMAS
4 | MCFADDEN, an individual,

5 |     Defendants.

6

7 | ### STIPULATION

8 |     IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the

9 | Cement Masons Health and Welfare Trust Fund for Northern California, Board of Trustees of

the Cement Masons Vacation-Holiday Trust Fund for Northern California, Board of Trustees of
10
the Cement Masons Pension Trust Fund for Northern California and Board of Trustees of the
11
Cement Masons Training Trust Fund for Northern California ("Cement Masons Trust Funds"),
12
on the one hand, and Defendant Kurt Thomas McFadden ("McFadden"), on the other hand,
13
through their respective counsel, as to the following.
14
    Plaintiffs Cement Masons Trust Funds and McFadden entered into a written settlement
15
agreement.  Pursuant to the express terms and conditions of the written settlement agreement,
16
once the settlement agreement was fully satisfied, Plaintiffs Cement Masons Trust Funds would
17
dismiss the case, with prejudice, in its entirety, and as to all defendants.
18
/ / /
19
/ / /
20
/ / /
21
/ / /
22
/ / /
23
/ / /
24
/ / /
25
/ / /
26
/ / /
27

28

STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON

1     All the terms and conditions of the written settlement agreement have been fully

2 performed by both parties and this case should be dismissed, with prejudice, in its entirety and

3 as to all defendants.

4 DATED:  March 17, 2009

5                                           BULLIVANT HOUSER BAILEY PC

6

7                                           By             /s/

8                                                 Ronald L. Richman
                                              Susan J. Olson

9                                           Attorneys for Plaintiffs

10

11 DATED:  March 17, 2009

12                                           MURPHY AUSTIN ADAMS SCHOENFFLD
                                          LLP

13

14                                           By             /s/

15                                                  Erick C. Turner

16                                           Attorneys for Defendant Kurt Thomas McFadden

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON

1

## CASE MANAGEMENT ORDER

2    The Court having read the Stipulation To Dismiss Case with Prejudice and good cause

3 appearing therefore:

4    IT IS HEREBY ORDERED that this case is dismissed, with prejudice, in its entirety and

5 as to all defendants.

6 DATED: March 25, 2009

7

8    By _____

9    HON. CHARLES R. BREYER
     UNITED STATES

10



11
11389175.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —

STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER THEREON